No. 75–6349. CAMPBELL *v.* COUSINS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6360. KONIGSBERG *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–6380. AYERS *v.* COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 75–6385. LIDDY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 75–6395. WOFFORD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6408. GARTON *v.* NORTHERN PACIFIC RAILWAY Co. Sup. Ct. Wash. Certiorari denied.

No. 75–6435. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6439. HART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6441. BOTTOM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6456. SHARPE *v.* JONES, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 75–6458. CORNISH *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–6462. BEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.